UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ELEANOR GOULD, )<br>    Defendant )<br>)<br>)<br>) | CRIMINAL NO. *05-10015-PBS*<br><br>Structuring - 31 U.S.C.<br>§ 5324(a)(3)<br><br>Aiding and Abetting - 18<br>U.S.C. § 2 |

## INDICTMENT

**Count One:**   (Structuring - 31 U.S.C. §§ 5324(a)(3); Aiding and Abetting - 18 U.S.C. § 2).

The Grand Jury charges that:

From on or about August 23, 2003 to on or about August 25, 2003, at Peabody, in the District of Massachusetts,

**ELEANOR GOULD**

defendant herein, for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions, did knowingly structure, attempt to structure, and assist in structuring her transactions with one or more domestic financial institutions by engaging in the following financial transactions:

| Transaction | Amount | Financial Institution |
| --- | --- | --- |
| Cash Deposit into Account No. 179823360 on August 23, 2003 | $9,500 | Metropolitan Credit Union |
| Cash Deposit into Account No. 00880446364 on August 25, 2003 | $8,500 | Eastern Bank |
| Purchase of Bank Check Payable to Richard W. Gould on August 25, 2003 | $8,500 | Eastern Bank |
| Deposit of Bank Check into Account No. 179823360 on August 25, 2003 | $8,500 | Metropolitan Credit Union |

All in violation of Title 31, United States Code, Section 5324(a)(3); Title 31, Code of Federal Regulations, Section 103.11; and Title 18, United States Code, Section 2.

2

**A TRUE BILL**

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*

DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; January 26, 2005.

   Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Peabody    **Category No.** II    **Investigating Agency** DEA/FDA/IRS

**City** Peabody    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____   Case No. ~~2004R01389~~
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GOULD, Eleanor    Juvenile  ☐ Yes  ☒ No

Alias Name   NA

Address   10 Druid Avenue, Peabody, MA 01960

Birth date (Year only): ____ SSN (last 4 #): 3279  Sex  F  Race: Caucasian  Nationality: USA

Defense Counsel if known:   Peter E. Ball    Address: Sally & Fitch LLP
225 Franklin Street, Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA   David G. Tobin    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 26, 2005    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   31 U.S.C. § 5324(a)(3) | Structuring | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: