UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: Grand Jury ) CR-05-10015-PBS
) ~~MBD No.~~:

GOVERNMENT'S MOTION TO Substitute INDICTMENT

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to substitute the Indictment charging Eleanor Gould with structuring in violation of 31 U.S.C. § 5324(a)(3), that was returned to the Court on January 26, 2005, with the Indictment charging Eleanor Gould with structuring in violation of 31 U.S.C. § 5324(a)(3), that was returned to the Court on January 27, 2005.  In support of this motion, the United States provides the following information. On March 26, 2005, the grand jury returned an indictment charging Eleanor Gould with structuring (Exhibit A). The indictment was properly signed by the grand jury foreperson and the Assistant United States Attorney. Inadvertently an earlier draft of the indictment was provided to the courtroom clerk.  This earlier draft had not been voted on by the grand jury and had not been signed by the foreperson or the Assistant United States Attorney.  Without the knowledge of any of the parties, the return was accomplished using this earlier draft. The undersigned Assistant United States attorney learned of this

1-31-05
[signatures]

later on January 26, 2005, when checking the computerized docket. On January 27, 2005, the foreperson of the grand jury appeared again before the Court and the correct indictment was returned to the Court. The indictment returned on January 27, 2005, was the indictment presented to the grand jury, voted on by the grand jury, and approved by the grand jury. The signatures of the foreperson and Assistant United States attorney had been affixed to the indictment on January 26, 2005.

For the reasons stated above, the United States respectfully requests that this motion be allowed.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ David G. Tobin
> DAVID G. TOBIN
> Assistant U.S. Attorney