UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-100015PBS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ELEANOR GOULD | ) |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Please add the appearance of Elizabeth J. Koenig as attorney for the defendant, Eleanor Gould, in the above-entitled case. Peter E. Ball will remain lead counsel for the defendant.

For purposes of CM/ECF notifications, Ms. Koenig's email address is ejk@sally-fitch.com.

ELEANOR GOULD
By her attorneys,

*/s/ Elizabeth J. Koenig*
Peter E. Ball, BBO #546031
Elizabeth J. Koenig, BBO #647122
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
(617) 542-5542

February 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon the attorney of record for each other party by first class mail, postage prepaid, on February 1, 2005.

_____
Elizabeth J. Koenig