AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

ELEANOR GOULD

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10015 PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Eleanor Gould**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

RECEIVED 2005 JAN 27 P 4:33 U.S. MARSHAL SERVICE BOSTON, MA

charging him or her with (brief description of offense)
Structuring

in violation of Title 31 United States Code, Section(s) 5324(a)(3)

Katherine McCaulik
Name of Issuing Officer

Katherine McCaulik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

1-26-05  Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/31/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.