UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. 05-CR-10015-PBS <br> ) |
| **ELEANOR GOULD** | ) <br> ) |

**<u>GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE FROM MARCH 11, 2005 TO APRIL 26, 2005 FROM THE PROVISIONS OF THE SPEEDY TRIAL ACT</u>**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from March 11, 2005 (the date of a preliminary status conference) to and including April 26, 2005 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request during the status conference on March 11, 2005.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By: */s/ David G. Tobin*
                                      DAVID G. TOBIN
                                      Assistant U.S. Attorney

Dated:  April 26, 2005