UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                             ) | CRIMINAL NO. 05-10015-PBS |
| ) | |
| **ELEANOR GOULD**              ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE FROM APRIL 26, 2005 TO JUNE 6, 2005 FROM THE PROVISIONS OF THE SPEEDY TRIAL ACT**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from April 26, 2005 (the date of a status conference) to and including June 6, 2005 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request during the status conference on April 26, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By: */s/ David G. Tobin*
                                   DAVID G. TOBIN
                                   Assistant U.S. Attorney

Dated:  April 28, 2005