Peter E. Ball
peb@sally-fitch.com
Direct Dial: (617) 747-7823

April 28, 2005

**VIA FACSIMILE TO (617) 748-3974;**
**ORIGINAL BY U.S. MAIL**

Assistant U.S. Attorney David G. Tobin
United States Attorney's Office, D. Mass.
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

    Re:    United States v. Eleanor Gould, Criminal No. 05-10015PBS

Dear David:

    Thank you for your letter of April 26, responding to my April 15 letter seeking further discovery.

    In my April 15 letter, I requested, *inter alia*, "all documents concerning the source of the funds that the indictment alleges that Ms. Gould structured." In your April 26 letter, you responded: "Please provide a description and location of the documents to which your letter refers. Previously-provided discovery detailed the movement of the structured funds between accounts."

    Perhaps we misunderstand each other. I am looking for documents in the government's possession, custody or control, if any, that concern the *source* of the allegedly structured currency. Put differently, I am seeking any documents that (a) indicate from whom Ms. Gould received the currency that she allegedly structured, or (b) that concern the activity(ies) or transaction(s) that generated the currency.

Assistant U.S. Attorney David G. Tobin
April 28, 2005
Page 2

    Please let me know whether the government has any such documents and, if it does, whether it will produce them.

    Thank you.

                                      Very truly yours,

                                      /s/ *Peter E. Ball*

                                      Peter E. Ball

Enclosure

cc:    Ms. Dianalynn Saccoccio
       Clerk to the Hon. Marianne B. Bowler