UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-100015-PBS
(Magistrate Judge Bowler)

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ELEANOR GOULD, | ) |
| Defendant. | ) |

**DEFENDANT'S PRE-TRIAL MOTIONS FOR (1) INSPECTION OF CERTAIN GRAND JURY MATERIALS; (2) DISCOVERY OF THE IDENTITIES OF CERTAIN LAW ENFORCEMENT OFFICERS; (3) DISCOVERY OF THE FED.R.CRIM.P. 6(e)(3)(B) NOTICES TO THE COURT; AND (4) FOR A SHOW CAUSE HEARING RELATED TO ALLEGED GOVERNMENT MISCONDUCT**

Defendant Eleanor Gould hereby moves the Court for the following relief:

1. Inspection of certain Grand Jury materials:

    (A) All evidence (testimonial and documentary) that was presented in support of the indictment;

    (B) All colloquy other than testimony that was part of the presentation of the case for indicting Ms. Gould; and

    (C) All evidence (testimonial and documentary) referring to Ms. Gould that was presented to the grand jury other than for the purpose of seeking an indictment of Ms. Gould (e.g. any testimony referring to Ms. Gould that was offered in connection with the indictment of her son, Richard W. Gould);

2. Discovery of the Identity of Certain Law Enforcement Officers who made improper statements to the media;

3. Discovery of the Fed.R.Crim.P. 6(e)(3)(B) Notice that the U.S. Attorney's Office ("USAO") gave to the Court identifying the law enforcement officers to whom

grand jury disclosures had been made and certifying that those officers had been advised regarding grand jury secrecy; and

4.     A Show Cause Hearing Related to Alleged Government Misconduct.

In support of this Motion, Defendant Gould relies on the accompanying Memorandum.

Respectfully submitted,

ELEANOR GOULD

By her attorneys,

/s/ Elizabeth J. Koenig
Peter E. Ball, BBO #546031
Elizabeth J. Koenig, BBO #647122
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
(617) 542-5542

May 27, 2005