UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-100015-PBS
(Magistrate Judge Bowler)

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ELEANOR GOULD, | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME FROM THE PROVISIONS OF THE SPEEDY TRIAL ACT**

The United States and Defendant Eleanor Gould hereby jointly move the Court to continue the Status Conference presently set for June 6, 2005 at 2:30 p.m., and exclude from June 6, 2005 through July 28, 2005 from the Time Limits provision of the Speedy Trial Act, 18 U.S.C. § 3161. As grounds for this relief, the parties state as follows:

1. On May 27, 2005, Defendant Gould filed Pre-Trial Motions for (1) Inspection of Certain Grand Jury Materials; (2) Discovery of the Identities of Certain Law Enforcement Officers; (3) Discovery of the Fed. R. Crim. P. 6(e)(3)(B) Notices to the Court; and (4) For a Show Cause Hearing Related to Alleged Government Misconduct ("Defendant's Motions").

2. Assistant U. S. Attorney Tobin requires additional time to respond to Defendant's Motions, in part because he is waiting to receive the transcripts of the January 26 and 27, 2005 Indictment "returns."

3. The parties therefore jointly request that the Status Conference, currently scheduled for June 6, 2005, be continued until July 28, 2005 at 2 p.m., a date and time at which the Court clerk has informed the parties that the Court is available.

4. The parties also jointly request that a hearing on Defendant's Motions be scheduled for the same date and time as the Status Conference.

5.     A.U.S.A. Tobin has agreed to file the Government's Response to Defendant's Motions by July 21, 2005.

6.     Additionally, the parties jointly move to exclude from all Speedy Trial Act calculations the period of time from June 6, 2005 to and including July 28, 2005, as excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

 

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | ELEANOR GOULD<br>By her attorneys, |
| /s/ David G. Tobin (EJK)<br>David G. Tobin<br>Assistant U.S. Attorney | /s/ Elizabeth J. Koenig<br>Peter E. Ball, BBO #546031<br>Elizabeth J. Koenig, BBO #647122<br>SALLY & FITCH LLP<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 542-5542 |

Dated: June 3, 2005