UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10015-PBS |
| ) | |
| **ELEANOR GOULD** ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE FROM JULY 28, 2005 TO SEPTEMBER 15, 2005 FROM THE PROVISIONS OF THE SPEEDY TRIAL ACT**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 28, 2005 (the date of a scheduled status conference) to and including September 15, 2005 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request on July 28, 2005.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                              By: */s/ David G. Tobin*
                                  DAVID G. TOBIN
                                  Assistant U.S. Attorney

Dated:  July 28, 2005