UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.        ) | CRIMINAL NO. 05-10015-PBS |
| ) | |
| **ELEANOR GOULD**    ) | |
| ) | |

**GOVERNMENT'S MOTION TO ENLARGE TIME TO FILE RESPONSE TO DEFENSE DISCOVERY MOTION TO SEPTEMBER 10, 2005**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to enlarge the time the government has to file a response to the discovery motion filed by the defense. The government specifically requests that it be allowed to file its response not later than September 10, 2005. The next status conference in this case is tentatively scheduled for September 15, 2005. As grounds for this motion, the government avers that the undersigned attorney for the government was on trial from July 18, 2005 to July 27, 2005. As a result of the trial and the time needed to prepare for trial, the undersigned attorney for the government has not had the opportunity to prepare a proper response. Additionally, a portion of the delay is attributable to the fact that the

government had to order a transcript of a prior proceeding in this case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                           By: */s/ David G. Tobin*
                                DAVID G. TOBIN
                                Assistant U.S. Attorney

Dated:  July 28, 2005