UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-100015-PBS
(Magistrate Judge Bowler)

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ELEANOR GOULD, | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM THE PROVISIONS OF THE SPEEDY TRIAL ACT**

The United States and Defendant Eleanor Gould hereby jointly move the Court to continue the Status Conference presently set for September 15, 2005 at 10:00 a.m. to November 9, 2005 at 10:30 a.m., and exclude from September 15, 2005 through November 9, 2005, from the Time Limits provision of the Speedy Trial Act, 18 U.S.C. § 3161, as excludable delay. The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN  
United States Attorney

ELEANOR GOULD  
By her attorneys,

/s/ David G. Tobin (EJK)  
David G. Tobin  
Assistant U.S. Attorney

/s/ Elizabeth J. Koenig  
Peter E. Ball, BBO #546031  
Elizabeth J. Koenig, BBO #647122  
SALLY & FITCH LLP  
225 Franklin Street  
Boston, MA 02110  
(617) 542-5542

Dated: September 20, 2005