UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-100015-PBS
(Magistrate Judge Bowler)

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ELEANOR GOULD, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S ASSENTED-TO MOTION TO WITHDRAW HER PRE-TRIAL MOTIONS FOR (1) INSPECTION OF CERTAIN GRAND JURY MATERIALS; (2) DISCOVERY OF THE IDENTITIES OF CERTAIN LAW ENFORCEMENT OFFICERS; (3) DISCOVERY OF THE FED.R.CRIM.P. 6(e)(3)(B) NOTICES TO THE COURT; AND (4) FOR A SHOW CAUSE HEARING RELATED TO ALLEGED GOVERNMENT MISCONDUCT**

Defendant Eleanor Gould hereby moves this Court to withdraw, without prejudice, her Pre-Trial Motions for (1) Inspection of Certain Grand Jury Materials; (2) Discovery of the Identities of Certain Law Enforcement Officers; (3) Discovery of the Fed. R. Crim. P. 6(e)(3)(B) Notices to the Court; and (4) For a Show Cause Hearing Related to Alleged Government Misconduct, and her accompanying Memorandum of Law.

Ms. Gould reserves the right to re-file these Motions should she wish to pursue them.

The prosecutor, Assistant United States Attorney David Tobin, has authorized the undersigned to report that he assents to the instant motion and will not object to Ms. Gould's re-filing of the Motions should Ms. Gould wish to pursue them. In the event that Ms. Gould re-files

the Motions, the government reserves the right to oppose the Motions.

                                    Respectfully submitted,

                                    ELEANOR GOULD

                                    By her attorneys,

                                    /s/ Elizabeth J. Koenig
                                    Peter E. Ball, BBO #546031
                                    Elizabeth J. Koenig, BBO #647122
                                    SALLY & FITCH LLP
                                    225 Franklin Street
                                    Boston, MA 02110
                                    (617)  542-5542

Assented-to by:

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ David G. Tobin  *(EJK)*
     DAVID G. TOBIN
     Assistant U.S. Attorney

Dated:  September 20, 2005

2