UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                            )
UNITED STATES OF AMERICA     )
                            )
          v.                 )  CRIMINAL NO. 05-10015-PBS
                            )
ELEANOR GOULD                )
                            )
```

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE FROM NOVEMBER 9, 2005
TO THE DATE OF THE NEXT STATUS HEARING FROM THE PROVISIONS OF THE
SPEEDY TRIAL ACT

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 9, 2005(the date of a scheduled status conference) to and including the date of the next status hearing which is to be set by the Court (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request during a telephone call with the undersigned on November 8, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
    DAVID G. TOBIN
    Assistant U.S. Attorney

2