# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10015-PBS

UNITED STATES OF AMERICA

v.

ELEANOR GOULD

## FINAL STATUS REPORT

DECEMBER 15, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with structuring transactions to evade reporting requirements, was returned on January 26, 2005;

2. The defendant was arraigned on the Indictment on January 31, 2005;

3. The defendant is not in custody;

4. At the time of arraignment, the government estimated it would call five witnesses and that trial would last approximately three days;

5. The parties have stated that the case will be resolved by way of a plea;

6. The parties have agreed to exclude the time up to and including the date of the next status conference held before the district judge;

7. This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

2