UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-100015PBS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ELEANOR GOULD | ) |

## CHANGE OF ADDRESS

To the Clerk of the above-named Court:

Please take notice that Counsel for the Defendant, Eleanor Gould, has relocated to a new address:

**Sally & Fitch LLP**
**One Beacon Street**
**Boston, MA 02108**
**Tel: 617-542-5542**
**Fax: 617-542-1542**

Respectfully submitted,

ELEANOR GOULD
By her attorneys,

    /s/ Elizabeth J. Koenig
Peter E. Ball, BBO #546031
Elizabeth J. Koenig, BBO #647122
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
(617) 542-5542
ejk@sally-fitch.com

Dated: June 9, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). There are no non-registered participants to whom paper copies must be sent. However, I have this day caused a copy of this document to be e-mailed to U.S.P.O. Lisa Dube in the United States Probation Office for the District of Massachusetts.


                                            /s/ Elizabeth J. Koenig
                                            Elizabeth J. Koenig

Dated: June 9, 2006.