UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CRIMINAL NO. 05-10015-PBS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | ) |
| ELEANOR GOULD, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT ELEANOR GOULD'S ASSENTED-TO MOTION
TO IMPOUND THE SUPPLEMENT TO HER EMERGENCY
<u>MOTION TO MODIFY THE CONDITIONS OF HER PROBATION</u>**

Pursuant to Local Rule 7.2, Defendant Eleanor Gould respectfully requests that until further order of the Court, the Court impound and not place unsealed in the public file the Supplement ("Supplement") she intends to file to her Emergency Motion to Modify the Conditions of her Probation. In support of this Motion, Ms. Gould states the following:

1. On June 9, 2006, Ms. Gould filed an Emergency Motion to Modify the Conditions of her Probation ("Emergency Motion"). With the assent of the Government, Ms. Gould requested that the Emergency Motion be impounded because it contained highly personal information about Ms. Gould.

2. Today, the Court allowed the Motion to Impound.

3. The Court has scheduled a hearing on Ms. Gould's Emergency Motion for tomorrow, Tuesday, June 13, 2006, at noon.

4.      Ms. Gould intends to file a Supplement to her Emergency Motion.  For the same reasons supporting the impoundment of the Emergency Motion, Ms. Gould requests that the Supplement be impounded.

5.      For the foregoing reasons, Mr. Gould contends that there is "good cause" to impound her Supplement indefinitely, until further order of the court.[1]  Ms. Gould does not object to the Supplement being maintained under seal in the court file.[2]

6.      The undersigned counsel has spoken with AUSA David Tobin who has authorized the undersigned to report to the Court that he does not object to the instant Motion to Impound.

WHEREFORE Defendant Eleanor Gould respectfully requests that until further order of the Court, the Court impound and not place unsealed in the public file the Supplement to her Emergency Motion to modify the conditions of her probation.

Respectfully submitted,

ELEANOR GOULD

By her attorneys,
     /s/ Peter E. Ball
Peter Ball (BBO #546031)
Elizabeth J. Koenig BBO (#647122)
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
Ph: (617) 542-5542
Fx: (617) 542-1542

Dated: June 12, 2006

---

[1] Local Rule 7.2(a) reads, in part: "Whenever a party files a motion to impound, the motion shall contain a statement of the earliest date on which the impounding order may be lifted, or a statement, supported by good cause, that the material should be impounded until further order of the court."

[2] Local Rule 7.2(a) reads in pertinent part that "the motion [to impound] shall contain suggested custody arrangements for the post-impoundment period."

## CERTIFICATION PURSUANT TO LOCAL RULE S 7.1(A)(2) AND 112.1

I, Peter E. Ball, counsel for Defendant Eleanor Gould, hereby certify that I have conferred with counsel for the government and have resolved the issues raised in this Assented-To Motion.

          /s/ Peter E. Ball
          Peter E. Ball

## CERTIFICATE OF SERVICE

I, Peter E. Ball, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). There are no non-registered participants to whom paper copies must be sent. However, I have this day caused a copy of this document to be e-mailed to U.S.P.O. Lisa Dube in the United States Probation Office for the District of Massachusetts.

          /s/ Peter E. Ball
          Peter E. Ball

Dated: June 12, 2006